## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  **1I26CR  028** |
| Plaintiff, | |
| | JUDGE  **J. McFARLAND** |
| v. | INDICTMENT |
| DERRICK LONG, | |
| | 18 U.S.C. § 922(g)(1) |
| Defendant. | |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Possession by a Prohibited Person)

On or about March 1, 2026, in the Southern District of Ohio, the defendant, **DERRICK LONG**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, as defined in 18 U.S.C. § 921(a)(17), that is, eight .45 caliber cartridge cases, and the ammunition was in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DERRICK LONG**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

/s/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**

2

