United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO:       Judge Matthew W. McFarland and Judge Michael R. Barrett

FROM:     Krista Zeller                    , Courtroom Deputy

DATE:     3/13/2026

SUBJECT:  Case Caption:   United States of America v. Derrick Long

CASE:     Case Number:   1:26-cr-00028

DISTRICT JUDGE:      Judge Matthew W. McFarland

                     File Date:    3/12/2026

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   United States of America v. Franeek Cobb

Case Number:   1:26-cr-00027              District Judge:   Barrett

File Date:   3/12/2026                    Magistrate Judge:   Bowman

**Related Case(s):**

Case Caption:

Case Number:                             District Judge:

File Date:                               Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Courtroom Deputy    **Krista Zeller**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    Barrett

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____

United States District Judge

United States District Judge


United States District Judge


cc:  Courtroom Deputies

*Revised 9/14/2012*