**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

Plaintiff,

v. Case No. 1:26-cr-028

Derrick Long,

Defendant.

**ORDER**

This matter is before the Court pursuant to a telephone status conference conducted by the undersigned on May 12, 2026. Defendant was not present.

Counsel for the Defendant entered an oral motion to continue during the telephone conference so that they may continue to receive and review with the Defendant.

Accordingly, a continuance is essential in order for the Defendant to receive and review discovery and confer with counsel. Therefore, the Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and thereby **GRANTS** the request before the Court.

Based on the foregoing, the Court finds the period of time elapsing from March 31, 2026, until May 12, 2026, is properly, and shall be, excluded from the speedy trial calculation. This matter shall proceed as follows:

Telephone Status Conference: **July 9, 2026, at 3:30 PM**[1]

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

[1] parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 3:30 PM